B1 (Official Form 1) (4/10)

## United States Bankruptcy Court
## District of Nevada

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Cimmaron Square ROT LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN(if more<br>than one, state all):  **20-5954410** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN(if more than<br>one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**901 Dover Drive #123**<br>**Newport Beach CA**<br>ZIP CODE **92660** | Street Address of Joint Debtor (No. & Street, City, and State):<br><br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Clark** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>**9265 Cimarron Road, Las Vegas, NV**       ZIP CODE   **89178** | |

### Type of Debtor
(Form of Organization)
(Check one box.)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☑ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities,
  check this box and state type of entity below.)
  _____

### Nature of Business
(Check one box)

- ☐ Health Care Business
- ☑ Single Asset Real Estate as defined in 11
  U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

### Tax-Exempt Entity
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization
  under Title 26 of the United States
  Code (the Internal Revenue Code.)

### Chapter of Bankruptcy Code Under Which
### the Petition is Filed (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for
  Recognition of a Foreign
  Main Proceeding
- ☐ Chapter 15 Petition for
  Recognition of a Foreign
  Nonmain Proceeding

### Nature of Debts
(Check one box)

- ☐ Debts are primarily consumer
  debts, defined in 11 U.S.C.
  § 101(8) as "incurred by an
  individual primarily for a
  personal, family, or house-
  hold purpose."
- ☑ Debts are primarily
  business debts.

### Filing Fee (Check one box)

- ☑ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach
  signed application for the court's consideration certifying that the debtor is
  unable to pay fee except in installments. Rule 1006(b) See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must
  attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
**Check one box:**
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to
  insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on
  4/01/13 and every three years thereafter*).

**Check all applicable boxes**
- ☐ A plan is being filed with this petition
- ☐ Acceptances of the plan were solicited prepetition from one or more classes
  of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☑ Debtor estimates that, after any exempt property is excluded and administrative
  expenses paid, there will be no funds available for distribution to unsecured creditors.

**THIS SPACE IS FOR COURT USE ONLY**

**Estimated Number of Creditors**

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | Over<br>100,000 |

**Estimated Assets**

| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than $1<br>billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than $1<br>billion |

B1 (Official Form 1) (4/10)                                                                                                    FORM B1, Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Cimmaron Square ROT LLC** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) |||
|---|---|---|
| Location<br>Where Filed:   **NONE** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor:<br>**NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

<table>
<tr>
<td>

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐   Exhibit A is attached and made a part of this petition.

</td>
<td>

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).

X  **Not Applicable**
_____
Signature of Attorney for Debtor(s)         Date

</td>
</tr>
</table>

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br>☐  Yes, and Exhibit C is attached and made a part of this petition.<br>☑  No |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>☐   Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>☐   Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ☑   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes.) |
|---|
| ☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following).<br><br>_____<br>(Name of landlord that obtained judgment)<br><br>_____<br>(Address of landlord)<br><br>☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1) (4/10) FORM B1, Page 3

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Cimmaron Square ROT LLC** |
|---|---|

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br><br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br><br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only **one** box.)<br><br>☐  I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by § 1515 of title 11 are attached.<br><br>☐  Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the Chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. |
| X **Not Applicable**<br>   Signature of Debtor | X **Not Applicable**<br>   (Signature of Foreign Representative) |
| X **Not Applicable**<br>   Signature of Joint Debtor | |
|    Telephone Number (If not represented by attorney) | (Printed Name of Foreign Representative) |
|    Date | Date |

| **Signature of Attorney*** | **Signature of Non-Attorney Petition Preparer** |
|---|---|
| X _(signature)_<br>   Signature of Attorney for Debtor(s)<br><br>**Lenard E. Schwartzer, Esq.  Bar No. 0399**<br>Printed Name of Attorney for Debtor(s) / Bar No.<br><br>**Schwartzer & McPherson Law Firm**<br>Firm Name<br><br>**2850 South Jones Boulevard, Suite 1 Las Vegas, NV  89146**<br>Address<br><br>**702-228-7590**       **702-892-0122**<br>Telephone Number<br><br>**12/23/2010**<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>**Not Applicable**<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>Address |

| **Signature of Debtor (Corporation/Partnership)** | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _(signature)_<br>   Signature of Authorized Individual<br><br>**Charles J. Rotkin**<br>Printed Name of Authorized Individual<br><br>**Managing Member**<br>Title of Authorized Individual<br><br>**12/23/2010**<br>Date | X **Not Applicable**<br><br>Date<br>Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Charles J. Rotkin, declare under penalty of perjury that I am the Managing Member of Cimmaron Square ROT, LLC, a Nevada limited liability corporation (the "Corporation") and that on December _____, 2010 the following resolution was duly adopted by this Corporation:

WHEREAS, it is in the best interest of this Corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be it Therefore Resolved, that Charles J. Rotkin, of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Corporation; and

Be it Further Resolved, that Charles J. Rotkin, of this Corporation, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Corporation in connection with such bankruptcy case; and

Be it Further Resolved, that Charles J. Rotkin, of this Corporation, is authorized and directed to employ Lenard E. Schwartzer, Esq., attorney and the law firm of Schwartzer & McPherson Law Firm to represent the Corporation in such bankruptcy case; and

Be it Further Resolved, that the manager(s) and member(s) of this LLC know and agree that the Corporation's bankruptcy counsel will be representing the two other co-owners of the Cimmaron Square Shopping Center and will be asking the bankruptcy court to substantively consolidate the three cases."

Executed on: ___12/ 23/10___        Signed: _____
                                              Charles J. Rotkin, Member

Executed on: _____        Signed: _____
                                              David C. Rotkin, Member

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Charles J. Rotkin, declare under penalty of perjury that I am the Managing Member of Cimmaron Square ROT, LLC, a Nevada limited liability corporation (the "Corporation") and that on December _____, 2010 the following resolution was duly adopted by this Corporation:

WHEREAS, it is in the best interest of this Corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be it Therefore Resolved, that Charles J. Rotkin, of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Corporation; and

Be it Further Resolved, that Charles J. Rotkin, of this Corporation, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Corporation in connection with such bankruptcy case; and

Be it Further Resolved, that Charles J. Rotkin, of this Corporation, is authorized and directed to employ Lenard E. Schwartzer, Esq., attorney and the law firm of Schwartzer & McPherson Law Firm to represent the Corporation in such bankruptcy case; and

Be it Further Resolved, that the manager(s) and member(s) of this LLC know and agree that the Corporation's bankruptcy counsel will be representing the two other co-owners of the Cimmaron Square Shopping Center and will be asking the bankruptcy court to substantively consolidate the three cases."

Executed on: _____      Signed: _____
                                              Charles J. Rotkin, Member

Executed on: _12-23-10_____      Signed: _____
                                              David C. Rotkin, Member

B4 (Official Form 4) (12/07)

## United States Bankruptcy Court
## District of Nevada

In re  **Cimmaron Square ROT LLC**                                                      ,        Case No. _____

                                                  Debtor                                                        Chapter  **11**  _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | (5)<br><br>*Amount of claim [if secured also state value of security]* |
|---|---|---|---|---|
| **Blue Diamond Partners LLC**<br>901 Dover Dr #123<br>Newport Beach CA 92660 | | Loans | | $660,000.00 |
| **Sahouri LLC**<br>dba Kwik E Mart<br>8560 Eureka Heights Ct<br>Las Vegas NV 89178 | | Tenant Improvement Allowance | | $107,505.00 |
| **Inland Mortgage Capital Corp**<br>2901 Butterfield Rd<br>Oak Brook IL 60523 | | Deed of Trust | UNLIQUIDATED | $58,000.00<br><br>SECURED VALUE:<br>$11,458,000.00 |
| **Clark County Treasurer**<br>c/o Bankruptcy Clerk<br>500 S Grand Central Pkwy<br>PO Box 551220<br>Las Vegas NV 89155 | | Taxes due | | $23,395.46 |
| **Joseph A. Cesare & Associates**<br>106 Cassia Way<br>Henderson NV 89014 | | Civil Engineering work | | $14,509.00 |
| **Snap Fitness**<br>9325 S Cimarron Rd<br>Las Vegas NV 89178 | | Tenant deposit | | $11,129.00 |

B4 (Official Form 4) (12/07)4 -Cont.

In re  **Cimmaron Square ROT LLC** _____ ,  Case No. _____

Debtor

Chapter  **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Las Vegas Development Co<br>8250 W Sahara Blvd<br>Las Vegas NV 89117 | | Commission - Kwik E Mart tenant | | $9,556.42 |
| Kaempfer Crowell Renshaw Gronauer & Fiorentino<br>8345 W Sunset Rd #250<br>Las Vegas NV 89113 | | Kwik E Mart Tenant entitlement work | | $8,329.72 |
| Barking Dogs Self-Wash<br>9325 S Cimarron Rd<br>Las Vegas NV 89178 | | Tenant deposit | | $8,150.00 |
| Miz Lola's Spirits & Gaming<br>9345 S Cimarron Rd<br>Las Vegas NV 89178 | | Tenant deposit | | $7,530.00 |
| Kwik E Mart<br>9285 S Cimarron Rd<br>Las Vegas NV 89178 | | Tenant deposit | | $6,000.00 |
| R&O Construction<br>933 Wall St<br>Ogden UT 84404 | | Tenant improvement work | | $5,839.44 |

B4 (Official Form 4) (12/07)4 -Cont.

In re  **Cimmaron Square ROT LLC**  ,  Case No. _____

Debtor  Chapter  **11**  _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | (5)<br><br>*Amount of claim [if secured also state value of security]* |
|---|---|---|---|---|
| **Perkowitz - Ruth Architects**<br>**111 W. Ocean Blvd**<br>**21st Floor**<br>**Long Beach CA 90802** | | **Tenant improvement drawings** | | **$5,717.48** |
| **Manuel De La Torre Esq.**<br>**1104 S. Lawrence St**<br>**Los Angeles CA 90021** | | **Accounting Services** | | **$5,320.00** |
| **Patty's Closet**<br>**9345 S Cimarron Rd**<br>**Las Vegas NV 89178** | | **Tenant deposit** | | **$5,162.50** |
| **Fantastic Nails**<br>**9285 S Cimarron Rd**<br>**Las Vegas NV 89178** | | **Tenant deposit** | | **$4,725.00** |
| **Legends 6 Cleaners**<br>**9285 S Cimarron Rd**<br>**Las Vegas NV 89178** | | **Tenant deposit** | | **$4,350.00** |
| **Papa John's Pizza**<br>**9285 S Cimarron Rd**<br>**Las Vegas NV 89178** | | **Tenant deposit** | | **$4,225.00** |

B4 (Official Form 4) (12/07)4 -Cont.

In re  **Cimmaron Square ROT LLC** _____ ,   Case No. _____
                            Debtor                              Chapter   **11** _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) | (2) | (3) | (4) | (5) |
|-----|-----|-----|-----|-----|
| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
| The Management Team<br>PO Box 33118<br>Las Vegas NV 89133 | | Management Co. services | | $3,733.00 |
| Poppy's Frozen Yogurt<br>9345 S Cimarron Rd<br>Las Vegas NV 89178 | | Tenant deposit | | $3,575.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, Charles J. Rotkin, Managing Member of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date:  **12/23/2010** _____        Signature: _____

**Charles J. Rotkin ,Managing Member** _____
(Print Name and Title)

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## District of Nevada

In re  **Cimmaron Square ROT LLC** _____,     Case No. _____
                            Debtor

                                    Chapter    11 _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $      6,270,000.00 | | |
| B - Personal Property | YES | 3 | $              53.35 | | |
| C - Property Claimed as Exempt | NO | | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $     11,458,000.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 2 | | $          23,395.46 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 6 | | $         883,862.23 | |
| G - Executory Contracts and Unexpired Leases | YES | 2 | | | |
| H - Codebtors | YES | 6 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | $ |
| J - Current Expenditures of Individual Debtor(s) | NO | 0 | | | $ |
| TOTAL | | 21 | $     6,270,053.35 | $     12,365,257.69 | |

B6A (Official Form 6A) (12/07)

In re: **Cimmaron Square ROT LLC**                                      Case No. _____
                        **Debtor**                                                    (If known)

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **55% ownership interest in 9265 Cimarron Rd Las Vegas, NV 89178 Parcel 176-21-214-002**<br><br>**Value $11,400,000 (100%)** | **Tenant in Common 55% ownership** | | **$6,270,000.00** | **$11,458,000.00** |

                                                     Total  ➤  **$6,270,000.00**

                                                     (Report also on Summary of Schedules.)

B6B (Official Form 6B) (12/07)

In re    **Cimmaron Square ROT LLC**                                      Case No. _____
_____
Debtor                                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **55% interest in Bank of Nevada account (Balance $39.02)** | | 21.46 |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **55% interest in Red Rock Community Bank account (Balance $57.99)** | | 31.89 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re    **Cimmaron Square ROT LLC**           ,        Case No. _____
                       Debtor                                                            (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Included in value of real property** | | 0.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re   **Cimmaron Square ROT LLC** _____,                    Case No. _____
                              Debtor                                                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | | | |

                              _2_   continuation sheets attached                    Total    >          $      53.35

(Include amounts from any continuation sheets
attached. Report total also on Summary of
Schedules.)

B6D (Official Form 6D) (12/07)

In re  **Cimmaron Square ROT LLC**                                    Case No. _____
                                                                              (If known)
                              **Debtor**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | X | | **Deed of Trust** | | | X | 11,458,000.00 | 58,000.00 |
| **Inland Mortgage Capital Corp 2901 Butterfield Rd Oak Brook IL 60523** | | | **55% ownership interest in 9265 Cimarron Rd Las Vegas, NV 89178 Parcel 176-21-214-002** | | | | | |
| **Bob Olson, Esq. Greenberg Traurig 3773 Howard Hughes Pkwy #400 N Las Vegas NV 89169** | | | **Value $11,400,000 (100%)** **VALUE $6,270,000.00** | | | | | |

<u>0</u>    continuation sheets
          attached

Subtotal  ➤
(Total of this page)

Total  ➤
(Use only on last page)

| | |
|---|---|
| $ 11,458,000.00 | $ 58,000.00 |
| $ 11,458,000.00 | $ 58,000.00 |

(Report also on Summary of Schedules)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (4/10)

In re __Cimmaron Square ROT LLC_____     Case No. _____
                                    Debtor                                                                      (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

❑    Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

❑    **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

❑    **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

❑    **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

❑    **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

❑    **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

❑    **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑    **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

❑    **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

❑    **Claims for Death or Personal Injury  While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**1  continuation sheets attached**

B6E (Official Form 6E) (4/10) – Cont.

In re   **Cimmaron Square ROT LLC**                              Case No. _____
                  ————————————————————                                              (If known)
                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Type of Priority:  Taxes and Certain Other Debts Owed to Governmental Units**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Clark County Treasurer**<br>**c/o Bankruptcy Clerk**<br>**500 S Grand Central Pkwy**<br>**PO Box 551220**<br>**Las Vegas NV 89155** | X | | **Taxes due January 2011 ($11,697.73) and March 2011 ($11,697.73)** | | | | 23,395.46 | 23,395.46 | $0.00 |

Sheet no. _1_ of _1_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotals ➤<br>(Totals of this page) | $ 23,395.46 | $ 23,395.46  $ 0.00 |
| Total ➤<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ 23,395.46 | |
| Total ➤<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ 23,395.46  $ 0.00 |

B6F (Official Form 6F) (12/07)

In re  **Cimmaron Square ROT LLC** _____   Case No. _____
                                    Debtor                                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐       Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | X | | | | | | 8,150.00 |
| Barking Dogs Self-Wash 9325 S Cimarron Rd Las Vegas NV 89178 | | | Tenant deposit | | | | |
| ACCOUNT NO. | X | | | | | | 1,354.67 |
| Bilmar Landscaping 4330 W Desert Inn Rd #O Las Vegas NV 89102 | | | November irrigation repairs and December contract | | | | |
| ACCOUNT NO. | X | | | | | | 660,000.00 |
| Blue Diamond Partners LLC 901 Dover Dr #123 Newport Beach CA 92660 | | | Loans from Members to Blue Diamond LLC for operating shortfalls | | | | |
| ACCOUNT NO. | X | | | | | | 1,200.00 |
| Blue Diamond Sweep PO Box 33853 Las Vegas NV 89133 | | | November and December contract | | | | |
| ACCOUNT NO. | X | | | | | | 0.00 |
| Clark County Water Reclamation PO Box 98526 Las Vegas NV 89193-8526 | | | Utilities | | | | |

    5   Continuation sheets attached

                                              Subtotal  > $            670,704.67

                                                 Total  > $

                                       (Use only on last page of the completed Schedule F.)
                                (Report also on Summary of Schedules and, if applicable on the Statistical
                                       Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  __Cimmaron Square ROT LLC_____          Case No. _____
                                      Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Communication Electronic Systems**<br>**4080 E. Lake Mead #A**<br>**Las Vegas NV 89115** | X | | **November and December fire sprinkler monitoring** | | | | 945.00 |
| ACCOUNT NO.<br><br>**Fantastic Nails**<br>**9285 S Cimarron Rd**<br>**Las Vegas NV 89178** | X | | **Tenant deposit** | | | | 4,725.00 |
| ACCOUNT NO.<br><br>**Green Renewal**<br>**PO Box 1310**<br>**Pahrump NV 89041** | X | | **Services** | | | | 250.00 |
| ACCOUNT NO.<br><br>**Joseph A. Cesare & Associates**<br>**106 Cassia Way**<br>**Henderson NV 89014** | X | | **Civil Engineering work** | | | | 14,509.00 |
| ACCOUNT NO.<br><br>**Kaempfer Crowell Renshaw Gronauer & Fiorentino**<br>**8345 W Sunset Rd #250**<br>**Las Vegas NV 89113** | X | | **Kiwk E Mart Tenant entitlement work** | | | | 8,329.72 |

Sheet no. _1_ of _5_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $                28,758.72

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  <u>Cimmaron Square ROT LLC</u>                                    Case No. _____
                                      Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | X | | | | | | 6,000.00 |
| Kwik E Mart 9285 S Cimarron Rd Las Vegas NV 89178 | | | Tenant deposit | | | | |
| ACCOUNT NO. | X | | | | | | 9,556.42 |
| Las Vegas Development Co 8250 W Sahara Blvd Las Vegas NV 89117 | | | Commission Kwik E Mart tenant | | | | |
| ACCOUNT NO. | X | | | | | | 4,350.00 |
| Legends 6 Cleaners 9285 S Cimarron Rd Las Vegas NV 89178 | | | Tenant deposit | | | | |
| ACCOUNT NO. | X | | | | | | 5,320.00 |
| Manuel De La Torre Esq. 1104 S. Lawrence St Los Angeles CA 90021 | | | Accounting Services | | | | |
| ACCOUNT NO. | X | | | | | | 7,530.00 |
| Miz Lola's Spirits & Gaming 9345 S Cimarron Rd Las Vegas NV 89178 | | | Tenant deposit | | | | |

Sheet no. <u>2</u> of <u>5</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ 32,756.42

Total ➤ $ 

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re __Cimmaron Square ROT LLC_____          Case No. _____
                                    Debtor                                          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | X | | | | | | 4,225.00 |
| Papa John's Pizza 9285 S Cimarron Rd Las Vegas NV 89178 | | | Tenant deposit | | | | |
| ACCOUNT NO. | X | | | | | | 5,162.50 |
| Patty's Closet 9345 S Cimarron Rd Las Vegas NV 89178 | | | Tenant deposit | | | | |
| ACCOUNT NO. | X | | | | | | 5,717.48 |
| Perkowitz - Ruth Architects 111 W. Ocean Blvd 21st Floor Long Beach CA 90802 | | | Tenant improvement drawings | | | | |
| ACCOUNT NO. | X | | | | | | 3,575.00 |
| Poppy's Frozen Yogurt 9345 S Cimarron Rd Las Vegas NV 89178 | | | Tenant deposit | | | | |
| ACCOUNT NO. | X | | | | | | 5,839.44 |
| R&O Construction 933 Wall St Ogden UT 84404 | | | Tenant Improvement work | | | | |

Sheet no. _3_ of _5_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $          24,519.42

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Cimmaron Square ROT LLC**　　　　　　　　　　　Case No. _____
　　　　　　　　　　　　　　　　　　Debtor　　　　　　　　　　　　　(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | X | | | | | | 107,505.00 |
| Sahouri LLC dba Kwik E Mart 8560 Eureka Heights Ct Las Vegas NV 89178 | | | Tenant Improvement Allowance per lease agreement | | | | |
| ACCOUNT NO. | X | | | | | | 11,129.00 |
| Snap Fitness 9325 S Cimarron Rd Las Vegas NV 89178 | | | Tenant deposit | | | | |
| ACCOUNT NO. | X | | | | | | 1,065.00 |
| Squeaky Clean 9033 Reindeer Lake St Las Vegas NV 89143 | | | November and December contract | | | | |
| ACCOUNT NO. | X | | | | | | 3,513.00 |
| Subway Real Estate Corp 9265 S Cimarron Rd Las Vegas NV 89178 | | | Tenant deposit | | | | |
| ACCOUNT NO. | X | | | | | | 178.00 |
| Terminix 3147 W Post Rd Las Vegas NV 89118 | | | November and December contract | | | | |

Sheet no. _4_ of _5_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 123,390.00

Total ➤ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   Cimmaron Square ROT LLC                                          Case No. _____
                              Debtor                                                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | X | | | | | | 3,733.00 |
| The Management Team<br>PO Box 33118<br>Las Vegas NV 89133 | | | Property Management services | | | | |
| ACCOUNT NO. | X | | | | | | 0.00 |
| Travelers Insurance<br>CL Remittance Center<br>Hartford CT 06183-1008 | | | Property insurance | | | | |

Sheet no.  5 of 5 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  >  $          3,733.00

Total  >  $        883,862.23

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6G (Official Form 6G) (12/07)

In re: __Cimmaron Square ROT LLC__ ,    Case No. _____
　　　　　　　　　　　　　Debtor　　　　　　　　　　　　　　　　(If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Barking Dogs Self-Wash**<br>**9325 S Cimarron Rd**<br>**Las Vegas NV 89178** | **Tenant Lease ends 1/10/2015** |
| **Fantastic Nails**<br>**9285 S Cimarron Rd**<br>**Las Vegas NV 89178** | **Tenant Lease ends 6/30/2013** |
| **Inaka Sushi**<br>**9285 S Cimarron Rd**<br>**Las Vegas NV 89178** | **Tenant Lease ends 7/31/2013** |
| **Kwik E Mart**<br>**9285 S Cimarron Rd**<br>**Las Vegas NV 89178** | **Tenant Lease ends 1/31/2016** |
| **Legends 6 Cleaners**<br>**9285 S Cimarron Rd**<br>**Las Vegas NV 89178** | **Tenant Lease ends 11/30/2014** |
| **Miz Lola's Spirits & Gaming**<br>**9345 S Cimarron Rd**<br>**Las Vegas NV 89178** | **Tenant Lease ends 2/1/2011** |
| **Pacific Dental Services Inc.**<br>**9285 S Cimarron Rd**<br>**Las Vegas NV 89178** | **Tenant Lease ends 6/30/2018** |
| **Papa John's Pizza**<br>**9285 S Cimarron Rd**<br>**Las Vegas NV 89178** | **Tenant Lease ends 6/30/2013** |

B6G (Official Form 6G) (12/07) -Cont.

In re:   Cimmaron Square ROT LLC              ,      Case No.                       

                            **Debtor**                                  (If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Patty's Closet**<br>**9345 S Cimarron Rd**<br>**Las Vegas NV 89178** | **Tenant Lease ends 7/31/2013** |
| **Poppy's Frozen Yogurt**<br>**9345 S Cimarron Rd**<br>**Las Vegas NV 89178** | **Tenant Lease ends 12/31/2014** |
| **Snap Fitness**<br>**9325 S Cimarron Rd**<br>**Las Vegas NV 89178** | **Tenant Lease ends 9/30/2013** |
| **Subway Real Estate Corp**<br>**9265 S Cimarron Rd**<br>**Las Vegas NV 89178** | **Tenant Lease end 9/30/2014** |

B6H (Official Form 6H) (12/07)

In re: **Cimmaron Square ROT LLC** _____     Case No. _____
                                    Debtor                                                    (If known)

# SCHEDULE H - CODEBTORS

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Alma GW AZ LLC**<br>2283 Stratford Lane<br>Los Angeles CA 90077<br><br>**Cimmaron Square KG, LLC**<br>2283 Stratford Lane<br>Los Angeles CA 90077 | **Barking Dogs Self-Wash**<br>9325 S Cimarron Rd<br>Las Vegas NV 89178 |
| **Alma GW AZ LLC**<br>2283 Stratford Lane<br>Los Angeles CA 90077<br><br>**Cimmaron Square KG, LLC**<br>2283 Stratford Lane<br>Los Angeles CA 90077 | **Bilmar Landscaping**<br>4330 W Desert Inn Rd #O<br>Las Vegas NV 89102 |
| **Alma GW AZ LLC**<br>2283 Stratford Lane<br>Los Angeles CA 90077<br><br>**Cimmaron Square KG, LLC**<br>2283 Stratford Lane<br>Los Angeles CA 90077 | **Blue Diamond Partners LLC**<br>901 Dover Dr #123<br>Newport Beach CA 92660 |
| **Alma GW AZ LLC**<br>2283 Stratford Lane<br>Los Angeles CA 90077<br><br>**Cimmaron Square KG, LLC**<br>2283 Stratford Lane<br>Los Angeles CA 90077 | **Blue Diamond Sweep**<br>PO Box 33853<br>Las Vegas NV 89133 |
| **Alma GW AZ LLC**<br>2283 Stratford Lane<br>Los Angeles CA 90077<br><br>**Cimmaron Square KG, LLC**<br>2283 Stratford Lane<br>Los Angeles CA 90077 | **Clark County Treasurer**<br>c/o Bankruptcy Clerk<br>500 S Grand Central Pkwy<br>PO Box 551220<br>Las Vegas NV 89155 |
| **Alma GW AZ LLC**<br>2283 Stratford Lane<br>Los Angeles CA 90077<br><br>**Cimmaron Square KG, LLC**<br>2283 Stratford Lane<br>Los Angeles CA 90077 | **Clark County Water Reclamation**<br>PO Box 98526<br>Las Vegas NV 89193-8526 |
| **Alma GW AZ LLC**<br>2283 Stratford Lane<br>Los Angeles CA 90077 | **Communication Electronic Systems**<br>4080 E. Lake Mead #A<br>Las Vegas NV 89115 |

B6H (Official Form 6H) (12/07) -Cont.

In re: __Cimmaron Square ROT LLC_____     Case No. _____
                              Debtor                                                    (If known)

# SCHEDULE H - CODEBTORS

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Cimmaron Square KG, LLC**<br>**2283 Stratford Lane**<br>**Los Angeles CA 90077** | **Communication Electronic Systems**<br>**4080 E. Lake Mead #A**<br>**Las Vegas NV 89115** |
| **Alma GW AZ LLC**<br>**2283 Stratford Lane**<br>**Los Angeles CA 90077**<br><br>**Cimmaron Square KG, LLC**<br>**2283 Stratford Lane**<br>**Los Angeles CA 90077** | **Fantastic Nails**<br>**9285 S Cimarron Rd**<br>**Las Vegas NV 89178** |
| **Alma GW AZ LLC**<br>**2283 Stratford Lane**<br>**Los Angeles CA 90077**<br><br>**Cimmaron Square KG, LLC**<br>**2283 Stratford Lane**<br>**Los Angeles CA 90077** | **Green Renewal**<br>**PO Box 1310**<br>**Pahrump NV 89041** |
| **Alma GW AZ LLC**<br>**2283 Stratford Lane**<br>**Los Angeles CA 90077**<br><br>**Cimmaron Square KG, LLC**<br>**2283 Stratford Lane**<br>**Los Angeles CA 90077** | **Inland Mortgage Capital Corp**<br>**2901 Butterfield Rd**<br>**Oak Brook IL 60523** |
| **Alma GW AZ LLC**<br>**2283 Stratford Lane**<br>**Los Angeles CA 90077**<br><br>**Cimmaron Square KG, LLC**<br>**2283 Stratford Lane**<br>**Los Angeles CA 90077** | **Joseph A. Cesare & Associates**<br>**106 Cassia Way**<br>**Henderson NV 89014** |
| **Alma GW AZ LLC**<br>**2283 Stratford Lane**<br>**Los Angeles CA 90077**<br><br>**Cimmaron Square KG, LLC**<br>**2283 Stratford Lane**<br>**Los Angeles CA 90077** | **Kaempfer Crowell Renshaw**<br>**Gronauer & Fiorentino**<br>**8345 W Sunset Rd #250**<br>**Las Vegas NV 89113** |
| **Alma GW AZ LLC**<br>**2283 Stratford Lane**<br>**Los Angeles CA 90077**<br><br>**Cimmaron Square KG, LLC**<br>**2283 Stratford Lane**<br>**Los Angeles CA 90077** | **Kwik E Mart**<br>**9285 S Cimarron Rd**<br>**Las Vegas NV 89178** |
| **Alma GW AZ LLC**<br>**2283 Stratford Lane**<br>**Los Angeles CA 90077** | **Las Vegas Development Co**<br>**8250 W Sahara Blvd**<br>**Las Vegas NV 89117** |

B6H (Official Form 6H) (12/07) -Cont.

In re: **Cimmaron Square ROT LLC** _____    Case No. _____
                                     Debtor                                    (If known)

# SCHEDULE H - CODEBTORS

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Cimmaron Square KG, LLC**<br>**2283 Stratford Lane**<br>**Los Angeles CA 90077** | **Las Vegas Development Co**<br>**8250 W Sahara Blvd**<br>**Las Vegas NV 89117** |
| **Alma GW AZ LLC**<br>**2283 Stratford Lane**<br>**Los Angeles CA 90077**<br><br>**Cimmaron Square KG, LLC**<br>**2283 Stratford Lane**<br>**Los Angeles CA 90077** | **Legends 6 Cleaners**<br>**9285 S Cimarron Rd**<br>**Las Vegas NV 89178** |
| **Alma GW AZ LLC**<br>**2283 Stratford Lane**<br>**Los Angeles CA 90077**<br><br>**Cimmaron Square KG, LLC**<br>**2283 Stratford Lane**<br>**Los Angeles CA 90077** | **Manuel De La Torre Esq.**<br>**1104 S. Lawrence St**<br>**Los Angeles CA 90021** |
| **Alma GW AZ LLC**<br>**2283 Stratford Lane**<br>**Los Angeles CA 90077**<br><br>**Cimmaron Square KG, LLC**<br>**2283 Stratford Lane**<br>**Los Angeles CA 90077** | **Miz Lola's Spirits & Gaming**<br>**9345 S Cimarron Rd**<br>**Las Vegas NV 89178** |
| **Alma GW AZ LLC**<br>**2283 Stratford Lane**<br>**Los Angeles CA 90077**<br><br>**Cimmaron Square KG, LLC**<br>**2283 Stratford Lane**<br>**Los Angeles CA 90077** | **Papa John's Pizza**<br>**9285 S Cimarron Rd**<br>**Las Vegas NV 89178** |
| **Alma GW AZ LLC**<br>**2283 Stratford Lane**<br>**Los Angeles CA 90077**<br><br>**Cimmaron Square KG, LLC**<br>**2283 Stratford Lane**<br>**Los Angeles CA 90077** | **Patty's Closet**<br>**9345 S Cimarron Rd**<br>**Las Vegas NV 89178** |
| **Alma GW AZ LLC**<br>**2283 Stratford Lane**<br>**Los Angeles CA 90077**<br><br><br>**Cimmaron Square KG, LLC**<br>**2283 Stratford Lane**<br>**Los Angeles CA 90077** | **Perkowitz - Ruth Architects**<br>**111 W. Ocean Blvd**<br>**21st Floor**<br>**Long Beach CA 90802** |
| **Alma GW AZ LLC**<br>**2283 Stratford Lane**<br>**Los Angeles CA 90077** | **Poppy's Frozen Yogurt**<br>**9345 S Cimarron Rd**<br>**Las Vegas NV 89178** |

B6H (Official Form 6H) (12/07) -Cont.

In re: **Cimmaron Square ROT LLC**                                          Case No. _____
                          _____,                                      (If known)
                                        Debtor

# SCHEDULE H - CODEBTORS

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Cimmaron Square KG, LLC**<br>**2283 Stratford Lane**<br>**Los Angeles CA 90077** | **Poppy's Frozen Yogurt**<br>**9345 S Cimarron Rd**<br>**Las Vegas NV 89178** |
| **Alma GW AZ LLC**<br>**2283 Stratford Lane**<br>**Los Angeles CA 90077**<br><br>**Cimmaron Square KG, LLC**<br>**2283 Stratford Lane**<br>**Los Angeles CA 90077** | **R&O Construction**<br>**933 Wall St**<br>**Ogden UT 84404** |
| **Alma GW AZ LLC**<br>**2283 Stratford Lane**<br>**Los Angeles CA 90077**<br><br>**Cimmaron Square KG, LLC**<br>**2283 Stratford Lane**<br>**Los Angeles CA 90077** | **Sahouri LLC**<br>**dba Kwik E Mart**<br>**8560 Eureka Heights Ct**<br>**Las Vegas NV 89178** |
| **Alma GW AZ LLC**<br>**2283 Stratford Lane**<br>**Los Angeles CA 90077**<br><br>**Cimmaron Square KG, LLC**<br>**2283 Stratford Lane**<br>**Los Angeles CA 90077** | **Snap Fitness**<br>**9325 S Cimarron Rd**<br>**Las Vegas NV 89178** |
| **Alma GW AZ LLC**<br>**2283 Stratford Lane**<br>**Los Angeles CA 90077**<br><br>**Cimmaron Square KG, LLC**<br>**2283 Stratford Lane**<br>**Los Angeles CA 90077** | **Squeaky Clean**<br>**9033 Reindeer Lake St**<br>**Las Vegas NV 89143** |
| **Alma GW AZ LLC**<br>**2283 Stratford Lane**<br>**Los Angeles CA 90077**<br><br>**Cimmaron Square KG, LLC**<br>**2283 Stratford Lane**<br>**Los Angeles CA 90077** | **Subway Real Estate Corp**<br>**9265 S Cimarron Rd**<br>**Las Vegas NV 89178** |
| **Alma GW AZ LLC**<br>**2283 Stratford Lane**<br>**Los Angeles CA 90077**<br><br>**Cimmaron Square KG, LLC**<br>**2283 Stratford Lane**<br>**Los Angeles CA 90077** | **Terminix**<br>**3147 W Post Rd**<br>**Las Vegas NV 89118** |
| **Alma GW AZ LLC**<br>**2283 Stratford Lane**<br>**Los Angeles CA 90077** | **The Management Team**<br>**PO Box 33118**<br>**Las Vegas NV 89133** |

B6H (Official Form 6H) (12/07) -Cont.

In re: **Cimmaron Square ROT LLC**                                    Case No. _____
_____                                              (If known)
                        Debtor

# SCHEDULE H - CODEBTORS

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Cimmaron Square KG, LLC**<br>**2283 Stratford Lane**<br>**Los Angeles CA 90077** | **The Management Team**<br>**PO Box 33118**<br>**Las Vegas NV 89133** |
| **Alma GW AZ LLC**<br>**2283 Stratford Lane**<br>**Los Angeles CA 90077**<br><br>**Cimmaron Square KG, LLC**<br>**2283 Stratford Lane**<br>**Los Angeles CA 90077** | **Travelers Insurance**<br>**CL Remittance Center**<br>**Hartford CT 06183-1008** |

**UNITED STATES BANKRUPTCY COURT**
**District of Nevada**

In re:   **Cimmaron Square ROT LLC**                                    Case No. _____

Chapter   **11**

# BUSINESS INCOME AND EXPENSES

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE: ONLY INCLUDE information directly related to the business operation.)

PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:

    1.  Gross Income For 12 Months Prior to Filing:                    $ _____

PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

    2.  Gross Monthly Income:                                          $ _____78,901.25

PART C - ESTIMATED FUTURE MONTHLY EXPENSES:

| | |
|---|---:|
| 3.  Net Employee Payroll (Other Than Debtor)       $ | 0.00 |
| 4.  Payroll Taxes | 0.00 |
| 5.  Unemployment Taxes | 0.00 |
| 6.  Worker's Compensation | 0.00 |
| 7.  Other Taxes | 4,813.58 |
| 8.  Inventory Purchases (Including raw materials) | 0.00 |
| 9.  Purchase of Feed/Fertilizer/Seed/Spray | 0.00 |
| 10. Rent (Other than debtor's principal residence) | 0.00 |
| 11. Utilities | 0.00 |
| 12. Office Expenses and Supplies | 0.00 |
| 13. Repairs and Maintenance | 6,074.91 |
| 14. Vehicle Expenses | 0.00 |
| 15. Travel and Entertainment | 0.00 |
| 16. Equipment Rental and Leases | 0.00 |
| 17. Legal/Accounting/Other Professional Fees | 0.00 |
| 18. Insurance | 0.00 |
| 19. Employee Benefits (e.g., pension, medical, etc.) | 0.00 |

    20. Payments to Be Made Directly By Debtor to Secured Creditors For
         Pre-Petition Business Debts (Specify):

                                                                  0.00

    21. Other (Specify):

          **Tenant Reimbursable Expenses**                          1,683.33

          **Landlord Expenses (Debt Service, Mgmt Fees, etc)**      60,919.25

    22. Total Monthly Expenses (Add items 3 - 21)                     $ _____73,491.07

PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:

    23. AVERAGE NET MONTHLY INCOME (Subtract Item 22 from Item 2)      $ _____5,410.18

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  Cimmaron Square ROT LLC _____     Case No. _____
                          Debtor                                              (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

(NOT APPLICABLE)

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I **Charles J. Rotkin**, the **Managing Member** of the **Corporation** named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**23**_____ sheets *(Total shown on summary page plus 1)*, and that they are true and correct to the best of my knowledge, information, and belief.

Date ___12/23/2010_____          Signature: _____
                                                         **Charles J. Rotkin Managing Member**
                                                         [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.*

B7 (Official Form 7) (4/10)

# UNITED STATES BANKRUPTCY COURT
## District of Nevada

In re: **Cimmaron Square ROT LLC**

_____

Debtor

Case No. _____

(If known)

# STATEMENT OF FINANCIAL AFFAIRS

## 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| -535,944.00 | **Rental Real Estate Income** | **2008** |
| -204,509.00 | **Rental Real Estate Income** | **2009** |
| TBD | **Rental Real Estate Income** | **YTD** |

## 2. Income other than from employment or operation of business

None
☑

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|

## 3. Payments to creditors

***Complete a. or b., as appropriate, and c.***

None
☑

a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

2

None  b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90**
☑  **days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is
affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that
were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under
a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter
13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the
spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the
date of adjustment.*

None  c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the
☑  benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments
by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is
not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

## 4. Suits and administrative proceedings, executions, garnishments and attachments

None  a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding
☐  the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning
either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is
not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATIO | STATUS OR DISPOSITION |
|---|---|---|---|
| **Inland Mortgage Capital Corp. v. Cimmaron Square ROT LLC**     A-10-631680-C | **Complaint for Appointment of Receiver** | **Eighth Judicial District Court, Clark County, NV** | **Pending** |

None  b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year**
☑  immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include
information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are
separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 5. Repossessions, foreclosures and returns

None  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of
☑  foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married
debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses
whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

3

## 6.  Assignments and receiverships

None
☑

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
☑

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND ADDRESS OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

## 7.  Gifts

None
☑

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

## 8.  Losses

None
☑

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

4

## 9. Payments related to debt counseling or bankruptcy

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Schwartzer & McPherson L 2850 South Jones Bouleva Las Vegas, NV 89146** | **11/15/2010; 12/20/2010 (Bogatz & Associates)** | **$100,000 (for Cimmaron Square KG LLC, Cimmaron Square ROT LLC, and Alma GW AZ, LLC)** |
| **Schwartzer & McPherson L 2850 South Jones Bouleva Las Vegas, NV 89146** | 10/19/2010 | **$2,500** |
| **Scott Bogatz, Esq. 3455 Cliff Shadows Pkwy Suite 110 Las Vegas NV 89129** | 11/2010 | **$5,000** |

## 10. Other transfers

None ☑

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ☑

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR INTEREST IN PROPERTY |
|---|---|---|

## 11. Closed financial accounts

None ☑

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

5

## 12. Safe deposit boxes

None ☑

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITOR | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

## 13. Setoffs

None ☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

## 14. Property held for another person

None ☑

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

## 15. Prior address of debtor

None ☐

If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **1501 Westcliff Dr #200 Newport Beach CA 92660** | **Cimarron Square ROT LLC** | 8/95 - 9/09 |

## 16. Spouses and Former Spouses

None ☑

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor 's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

6

## 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None
☑

a.     List  the name  and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

| SITE NAME AND ADDRESS | NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
☑

b.     List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
☑

c.     List all  judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

7

## 18. Nature, location and name of business

None ☐ a. *If the debtor is an individual,* list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership,* list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation,* list the names, addresses, taxpayer identification numbers, nature of the business, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|
| Cimarron Square ROT LLC | 20-5954410 | 901 Dover Dr #123 Newport Beach CA 92660 | Real Estate Ownership | 11/10/2006 |

None ☐ b.        Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|------|------|
| **Cimarron Square ROT LLC** | **901 Dover Dr #123 Newport Beach CA 92660** |

## 19. Books, records and financial statements

None ☐ a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------|------|
| **Manuel De La Torre CPA 1104 S Lawrence St 2nd Floor Los Angeles CA 90021** | **2006 - present** |

None ☐ b. List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|------|------|
| **Manuel De La Torre CPA 1104 S. Lawrence St Los Angeles CA 90021** | | **2006 - present** |

None ☐ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|------|
| **Manuel De La Torre CPA** | **1104 S Lawrence St 2nd Floor Los Angeles CA 90021** |

8

None
☑

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                      DATE ISSUED

## 20. Inventories

None
☑

a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None
☑

b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

DATE OF INVENTORY                          NAME AND ADDRESSES OF CUSTODIAN
                                          OF INVENTORY RECORDS

## 21.  Current Partners, Officers, Directors and Shareholders

None
☐

a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|
| **Charles J. Rotkin**<br>**901 Dover Dr #123**<br>**Newport Beach CA 92666** | **Member** | **60%** |
| **David C. Rotkin**<br>**901 Dover Dr #123**<br>**Newport Beach CA 92666** | **Member** | **40%** |

None
☑

b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

## 22.  Former partners, officers, directors and shareholders

None
☑

a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
☑

b. If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

9

### 23. Withdrawals from a partnership or distributions by a corporation

None ☑   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 24. Tax Consolidation Group.

None ☑   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

### 25. Pension Funds.

None ☑   If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

\* \* \* \* \* \*

*[If completed on behalf of a partnership or corporation]*

I, declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date __12/23/2010__     Signature _____

**Charles J. Rotkin, Managing Member**
Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_____ continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 and 3571.*

# United States Bankruptcy Court
## District of Nevada

In re   **Cimmaron Square ROT LLC**                          Case No.

Debtor.                                                      Chapter    **11**

## STATEMENT OF CORPORATE OWNERSHIP

Comes now **Cimmaron Square ROT LLC** (the "Debtor") and pursuant to Fed. R. Bankr. P. 1007(a) and 7007.1 state as follows:

   **X**   All corporations that directly or indirectly own 10% or more of any class of the corporation's equity interests are listed below:

| Owner | % of Shares Owned |
|---|---|
| **Charles J. Rotkin**<br>**901 Dover Dr #123**<br>**Newport Beach CA 92660** | **60%** |
| **David C. Rotkin**<br>**901 Dover Dr #123**<br>**Newport Beach CA 92660** | **40%** |

OR,

_____   There are no entities to report.

By /s/ Lenard E. Schwartzer
**Lenard E. Schwartzer, Esq.**
Signature of Attorney

Counsel for   **Cimmaron Square ROT LLC**

Bar no.:   **0399**

Address.:   **Schwartzer & McPherson Law Firm**
**2850 South Jones Boulevard, Suite 1**
**Las Vegas, NV  89146**

Telephone No.: **702-228-7590**
Fax No.:   **702-892-0122**
E-mail address: **bkfilings@s-mlaw.com**

## United States Bankruptcy Court
### District of Nevada

In re:   **Cimmaron Square ROT LLC**                                      Case No.

# List of Equity Security Holders

| REGISTERED NAME OF HOLDER OF SECURITY LAST KNOWN ADDRESS OR PLACE OF BUSINESS | CLASS OF SECURITY | NUMBER REGISTERED | KIND OF INTEREST REGISTERED |
|---|---|---|---|
| **Charles Rotkin** <br> **901 Dover Dr #123** <br> **Newport Beach CA 92660** | **Member** | | |
| **David Rotkin** <br> **901 Dover Dr #123** <br> **Newport Beach CA 92660** | **Member** | | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, **Charles J. Rotkin, Managing Member** of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date:   12/23/2010 _____        _____

                                                                **Charles J. Rotkin, Managing Member, Cimmaron Square ROT LLC**

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

List of Equity Security Holders - Page 1

B 203
(12/94)

### UNITED STATES BANKRUPTCY COURT
### District of Nevada

In re:  **Cimmaron Square ROT LLC** _____

Case No. _____

Chapter  **11** _____

Debtor

# DISCLOSURE OF COMPENSATION OF ATTORNEY
# FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|   |   |   |
|---|---|---|
| For legal services, I have agreed to accept | $ | 100,000.00 |
| Prior to the filing of this statement I have received | $ | 100,000.00 |
| Balance Due | $ | 0.00 |

2. The source of compensation paid to me was:

☑ Debtor              ☐ Other (specify)

3. The source of compensation to be paid to me is:

☐ Debtor              ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a) Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b) Preparation and filing of any petition, schedules, statement of affairs, and plan which may be required;

   c) Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

   d) Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

   e) [Other provisions as needed]
      **$100,000**
      **(Retainer received for Cimmaron Square KG LLC, Cimmaron Square ROT LLC, and Alma GW AZ, LLC)**

6. By agreement with the debtor(s) the above disclosed fee does not include the following services:

   **None**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated: _____

**/s/ Lenard E. Schwartzer** _____
**Lenard E. Schwartzer, Esq., Bar No.  0399**

**Schwartzer & McPherson Law Firm**
Attorney for Debtor(s)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re:

**Cimmaron Square ROT LLC**

Debtor(s).

Bankruptcy No.:

Chapter        **11**

**VERIFICATION OF CREDITOR MATRIX**

    The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  **12/23/2010**

Signature _____

**Charles J. Rotkin**

vercredmatrix.wpd rev. 4/12/07

CIMMARON SQUARE ROT LLC
901 DOVER DRIVE #123
NEWPORT BEACH CA 92660

LENARD E. SCHWARTZER, ES
SCHWARTZER & MCPHERSON L
2850 SOUTH JONES BOULEVA
LAS VEGAS, NV  89146

ALMA GW AZ LLC
2283 STRATFORD LANE
LOS ANGELES CA 90077

BARKING DOGS SELF-WASH
9325 S CIMARRON RD
LAS VEGAS NV 89178

BILMAR LANDSCAPING
4330 W DESERT INN RD #O
LAS VEGAS NV 89102

BLUE DIAMOND PARTNERS LL
901 DOVER DR #123
NEWPORT BEACH CA 92660

BLUE DIAMOND SWEEP
PO BOX 33853
LAS VEGAS NV 89133

BOB OLSON, ESQ.
GREENBERG TRAURIG
3773 HOWARD HUGHES PKWY
#400 N
LAS VEGAS NV 89169

CIMMARON SQUARE KG, LLC
2283 STRATFORD LANE
LOS ANGELES CA 90077

CLARK COUNTY TREASURER
C/O BANKRUPTCY CLERK
500 S GRAND CENTRAL PKWY
PO BOX 551220
LAS VEGAS NV 89155

CLARK COUNTY WATER RECLA
PO BOX 98526
LAS VEGAS NV 89193-8526

COMMUNICATION ELECTRONIC
4080 E. LAKE MEAD #A
LAS VEGAS NV 89115

FANTASTIC NAILS
9285 S CIMARRON RD
LAS VEGAS NV 89178

GREEN RENEWAL
PO BOX 1310
PAHRUMP NV 89041

INLAND MORTGAGE CAPITAL
2901 BUTTERFIELD RD
OAK BROOK IL 60523

JOSEPH A. CESARE & ASSOC
106 CASSIA WAY
HENDERSON NV 89014

KAEMPFER CROWELL RENSHAW
GRONAUER & FIORENTINO
8345 W SUNSET RD #250
LAS VEGAS NV 89113

KWIK E MART
9285 S CIMARRON RD
LAS VEGAS NV 89178

LAS VEGAS DEVELOPMENT CO
8250 W SAHARA BLVD
LAS VEGAS NV 89117

LEGENDS 6 CLEANERS
9285 S CIMARRON RD
LAS VEGAS NV 89178

MANUEL DE LA TORRE ESQ.
1104 S. LAWRENCE ST
LOS ANGELES CA 90021

MIZ LOLA'S SPIRITS & GAM
9345 S CIMARRON RD
LAS VEGAS NV 89178

PAPA JOHN'S PIZZA
9285 S CIMARRON RD
LAS VEGAS NV 89178

PATTY'S CLOSET
9345 S CIMARRON RD
LAS VEGAS NV 89178

PERKOWITZ - RUTH ARCHITE
111 W. OCEAN BLVD
21ST FLOOR
LONG BEACH CA 90802

POPPY'S FROZEN YOGURT
9345 S CIMARRON RD
LAS VEGAS NV 89178

R&O CONSTRUCTION
933 WALL ST
OGDEN UT 84404

SAHOURI LLC
DBA KWIK E MART
8560 EUREKA HEIGHTS CT
LAS VEGAS NV 89178

SNAP FITNESS
9325 S CIMARRON RD
LAS VEGAS NV 89178

SQUEAKY CLEAN
9033 REINDEER LAKE ST
LAS VEGAS NV 89143

SUBWAY REAL ESTATE CORP
9265 S CIMARRON RD
LAS VEGAS NV 89178

TERMINIX
3147 W POST RD
LAS VEGAS NV 89118

THE MANAGEMENT TEAM
PO BOX 33118
LAS VEGAS NV 89133

TRAVELERS INSURANCE
CL REMITTANCE CENTER
HARTFORD CT 06183-1008