Lenard E. Schwartzer
Nevada Bar No. 0399
Emelia L. Allen
Nevada Bar No. 11898
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com
*Proposed* Attorneys for Debtor and Debtor in Possession

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>CIMMARON SQUARE ROT, LLC,<br><br>Debtor. | Case No. BK-S-10-34253-LBR<br>Chapter 11<br><br>**DECLARATION OF CHARLES J. ROTKIN IN SUPPORT OF EMERGENCY MOTION FOR AN ORDER AUTHORIZING THE USE OF CASH COLLATERAL ON AN INTERIM AND CONTINUING BASIS**<br><br>Date:   OST Requested<br>Time:   OST Requested |

I, Charles J. Rotkin, declare under penalty of perjury under the laws of the United States that the foregoing is true and correct:

1.   I am over the age of 18, have personal knowledge of the facts herein, and am competent to testify thereto.

2.   I am the Managing Member of Cimmaron Square ROT, LLC ("Debtor") and make this declaration in support of the Emergency Motion for an Order Authorizing the Use of Cash Collateral on an Interim and Continuing Basis (the "Motion").

3.   The Debtor is the co-owner with two other parties which have also filed for relief under Chapter 11, of an existing shopping center situated in an upscale neighborhood retail center within the master planned community of Mountains Edge and in the Southwest portion of the valley (the "Shopping Center").  The Shopping Center is located at the southwest corner of the

intersection of Blue Diamond Road and Cimarron Road on a site of 2.74 acres, zoned for Commercial Neighborhood Shopping. There are 4 separate buildings constructed in 2008 having Net Leaseable space of 35,068 sq.ft. 25,412 sq.ft. (approximately 72%) are currently leased.

4. Pursuant to a Tenant In Common Agreement, the Shopping Center is managed by Blue Diamond Partners, LLC ("Blue Diamond"). I am the manager of Blue Diamond and I am responsible for the management of the Shopping Center through Blue Diamond.

5. By an Installment Note dated February 15, 2007[1] between Debtor, its co-owners and Inland Mortgage Capital Corporation ("Secured Creditor"), Debtor and its co-owners granted Secured Creditor a security interest in, among other things, the Rents Debtor collects. Accordingly, the monthly Rents collected from the tenants of the Shopping Center constitute the Secured Creditor's cash collateral ("Cash Collateral"). The Shopping Center's tenant roster is attached hereto as **Exhibit "1."**

5. The Debtor and its co-owners request authority to use the Secured Creditor's Cash Collateral pursuant to 11 U.S.C. § 363 to **maintain the Shopping Center, payment of management services and expenses, for payment of common area maintenance expenses, property taxes, liability insurance premiums, landlord expenses incurred by the shopping center, and for no other purposes**. The balance of the Rents collected will be segregated.

6. The anticipated revenues and expenses of the Shopping Center over the next several months are attached in the Budget as **Exhibit "2"** and are incorporated by this reference.

7. It is essential to the continued operation of the Shopping Center for the Debtor and its co-owners to have the ability to utilize the Cash Collateral to maintain the Shopping Center. There is no realistic source of liquidity to operate the Shopping Center other than the income generated by the tenants of the Shopping Center.

8. Allowing the Debtor and its co-owners to continue to operate the Shopping Center protects and preserves the Shopping Center's reputation with its current and prospective tenant

---

[1] The Debtor notes that it hereby reserves any rights to dispute the amount, validity and priority of any of the deeds of trust and assignments of rents.

and allows the Debtor and its co-owners to exist and attempt to reorganize its debt. Doing so allows maximization of the value of the Shopping Center based upon operating performance that will allow the Shopping Center to maintain its "going concern value."

9. Conversely, refusing to allow the Debtor and its co-owners to operate the Shopping Center by barring use of the Cash Collateral will result in the immediate termination of operations and catastrophic decline in the Shopping Center's value.

10. The anticipated Rents and expenses for the Shopping Center over the next 6 months are expected to be more than sufficient to pay for the maintenance expenses, property tax and insurance expenses, and landlord expenses which include debt service, incurred by the Shopping Center.

11. Allowing the Debtor and its co-owners to continue to use the Rents to maintain the Shopping Center will provide time for the Debtor and its co-owners to attempt to reorganize their debts.

12. The Shopping Center is properly insured

13. With respect to adequate protection, the Debtor will not make the regular monthly payment to Secured Creditor. Funds in excess of operating expenses will be retained in a Debtor in Possession Account. Moreover, the Secured Creditor is protected by a replacement lien under 11 U.S.C. § 361 in proceeds of the same postpetition collateral, to the extent that: 1) the Secured Creditor's prepetition interest is valid and nonavoidable, and 2) prepetition cash and proceeds are utilized by the Debtor and its co-owners in this case. The priority of this replacement lien will be the same as its prepetition priority.

14. Accordingly, the Secured Creditor should approve the use of Cash Collateral with ordinary monthly operating reporting and ordinary replacement liens. If the Secured Creditor does not consent, the Debtor and its co-owners ask the Court to grant this Motion over the Secured Creditor's objection. Absent authorization to use cash collateral, the Debtor and its co-owners will have insufficient cash available to maintain the Shopping Center and preserve the value of the estate.

15. By making the Motion, the Debtor and its co-owners are not waiving: (a) the right

to dispute the issue of what portion, if any, of its funds are cash collateral or the right to dispute the debt or lien of any creditor, (b) the right to seek Court authority to compensate professionals retained by the estate, (c) any rights to surcharge any collateral, (d) any rights to challenge the extent, priority or validity of any lien secured by the business, or (e) any right to avoid any lien secured by the business pursuant to 11 U.S.C. §§ 542 to 551.

16. Because the Shopping Center's cash needs are immediate and absent satisfying those needs, the Debtor and its co-owners will be forced to terminate maintenance of the Shopping Center and minimizing the potential value of its estate for creditors, the Debtor and its co-owners have demonstrated "immediate and irreparable" harm to the estate absent emergency consideration of the relief requested in the Motion.

17. The Debtor and its co-owners assert that the value of the Shopping Center is approximately the same as the debt to the Secured Creditor. This is not a case where the property is far "under water" and there is no realistic possibility of reorganization.

Dated this ___3___ day of January, 2011.

_____
Charles J. Rotkin

# EXHIBIT "1"

## Commercial Report: Tenant Roster
### 3-Dec-10
### PM 0080 Blue Diamond Partners, LLC / Cimarron Square

| Unit | Unit Type | Space | UofM | Current Tenant | Lease Starts | Lease Ends | BaseRent | Recovery | Other | Total | Option | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9265-100 | Ret | 1,171.00 | SQFT | SUBWAY REAL ESTATE CORP. | 05/15/2009 | 09/30/2014 | 3,618.39 | 458 | - | 4,076.39 | 5-yr | |
| 9265-105 | Ret | 2,529.00 | SQFT | KWIK-E MART | 1/15/2011 | 1/31/2016 | 6,000.00 | 986 | - | 6,986.00 | | 1st mo Rent prepaid |
| 9265-115 | Ret | 2,100.00 | SQFT | Vacant | | | | | | | | current concession runs through 2/28/11 |
| 9285-100 | Ret | 2,100.00 | SQFT | INAKA SUSHI | 07/14/2008 | 07/31/2013 | 5,376.00 | - | - | 5,376.00 | 5-yr | |
| 9285-105 | Ret | 1,300.00 | SQFT | PAPA JOHN'S PIZZA | 06/14/2008 | 06/30/2013 | 4,482.30 | 549 | - | 5,031.30 | 5-yr | |
| 9285-110 | Ret | 1,500.00 | SQFT | LEGENDS 6 CLEANERS | 05/10/2009 | 11/30/2014 | 4,480.00 | 587 | 80 | 5,147.00 | 5-yr | 12/10 Rent is free per original Lease rent renegotiated; CAM waived through 12/31/10 |
| 9285-115 | Ret | 1,500.00 | SQFT | FANTASTIC NAILS | 06/14/2008 | 06/30/2013 | 3,000.00 | - | - | 3,000.00 | 5-yr | |
| 9285-120 | Ret | 3,200.00 | SQFT | PACIFIC DENTAL SERVICES, INC. | 06/14/2008 | 06/30/2018 | 10,720.00 | 1,198.00 | - | 11,918.00 | 5-yr | |
| 9325-100 | Ret | 3,533.00 | SQFT | SNAP FITNESS | 05/23/2008 | 09/30/2013 | 7,066.00 | 934 | - | 8,000.00 | 5-yr | |
| 9325-115 | Ret | 1,200.00 | SQFT | Vacant | | | - | - | - | - | | |
| 9325-120 | Ret | 2,832.00 | SQFT | Vacant | | | - | - | - | - | | |
| 9325-135 | Ret | 2,240.00 | SQFT | Vacant | | | - | - | - | - | | |
| 9325-140 | Ret | 2,923.00 | SQFT | BARKING DOGS SELF-WASH | 06/01/2010 | 01/10/2015 | 7,307.50 | 1144.91 | - | 8,452.41 | 5-yr | |
| 9345-100 | Ret | 3,012.00 | SQFT | MIZ LOLA'S SPIRITS & GAMING | 2/1/2011 | 1/31/2017 | 7,530.00 | 1,114.44 | - | 8,644.44 | | 1st mo Rent prepaid Rent & CAM concession through 4/30/11 |
| 9345-110 | Ret | 1,300.00 | SQFT | POPPY'S FROZEN YOGURT | 12/15/2009 | 12/31/2014 | 3,150.00 | - | - | 3,150.00 | 5-yr | |
| 9345-115 | Ret | 1,753.00 | SQFT | Vacant | | | - | - | - | - | | |
| 9345-120 | Ret | 1,475.00 | SQFT | PATTY'S CLOSET | 07/13/2008 | 07/31/2013 | 5,476.90 | 578 | - | 6,054.90 | 5-yr | |
| PAD | Ret | - | SQFT | NEVADA STATE BANK (CAM ONLY) | 06/01/2008 | | - | - | - | - | | |
| | | 35,668.00 | | Total floor | | | 68,207.09 | 7,549.35 | 80.00 | 75,836.44 | | |
| | | 25,543.00 | | Total occupancy | 72% | | 68,207.09 | 7,549.35 | 80.00 | 75,836.44 | | |
| | | 10,125.00 | | Total vacancy | 28% | | | | | | | |
| | | 35,668.00 | | Total project | 100% | | 68,207.09 | 7,549.35 | 80.00 | 75,836.44 | | |

# EXHIBIT "2"


CIMARRON SQUARE
BUDGET WORKSHEET
2011 BUDGET

12/23/2010

| INCOME | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | TOTAL | PER SF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BASE RENT | $ 62,531 | $ 69,309 | $ 62,001 | $ 65,096 | $ 69,309 | $ 64,937 | $ 71,673 | $ 71,670 | $ 71,887 | $ 71,887 | $ 71,887 | $ 71,887 | $ 824,075 | $23.19 |
| COMMON AREA | $ 14,599 | $ 14,599 | $ 14,599 | $ 11,670 | $ 14,599 | $ 14,599 | $ 14,599 | $ 14,599 | $ 14,599 | $ 14,599 | $ 14,599 | $ 14,599 | $ 172,261 | $4.34 |
| NSB QUARTERLY CAM | $ 2,262 | $ - | $ - | $ 2,728 | $ - | $ - | $ 2,728 | $ - | $ - | $ 2,728 | $ - | $ - | $ 10,447 | |
| Less Vacancy/Concession | $ (4,143) | $ (4,143) | $ (4,143) | $ (4,143) | $ (4,143) | $ (4,143) | $ (4,143) | $ (4,143) | $ (4,143) | $ (4,143) | $ (4,143) | $ (4,143) | $ (49,720) | |
| TOTAL INCOME | $ 75,249 | $ 79,765 | $ 72,457 | $ 75,351 | $ 79,765 | $ 75,393 | $ 84,858 | $ 82,126 | $ 82,343 | $ 85,071 | $ 82,343 | $ 82,343 | $ 957,063 | |

COMMON AREA MAINTENANCE EXPENSES

| | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | TOTAL | PER SF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ELECTRICITY | $ 1,300 | $ 1,300 | $ 1,300 | $ 1,300 | $ 1,300 | $ 2,000 | $ 2,000 | $ 2,000 | $ 2,000 | $ 1,300 | $ 1,300 | $ 1,300 | $ 18,400 | 0.46 |
| GARBAGE/TRASH REMOVAL | $ 4,712 | $ 680 | $ 680 | $ 4,712 | $ 680 | $ 680 | $ 4,712 | $ 680 | $ 680 | $ 4,712 | $ 680 | $ 680 | $ 24,293 | 0.61 |
| PORTER SERVICE | $ 750 | $ 750 | $ 750 | $ 750 | $ 750 | $ 750 | $ 750 | $ 750 | $ 750 | $ 750 | $ 750 | $ 750 | $ 9,000 | 0.23 |
| PARKING LOT SWEEPING | $ 600 | $ 600 | $ 600 | $ 600 | $ 600 | $ 600 | $ 600 | $ 600 | $ 600 | $ 600 | $ 600 | $ 600 | $ 7,200 | 0.18 |
| LANDSCAPING CONTRACT | $ 525 | $ 525 | $ 525 | $ 525 | $ 525 | $ 525 | $ 525 | $ 525 | $ 525 | $ 525 | $ 525 | $ 525 | $ 6,300 | 0.16 |
| LANDSCAPING EXTRAS | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | 0.00 |
| PEST CONTROL | $ 89 | $ 89 | $ 89 | $ 89 | $ 89 | $ 89 | $ 89 | $ 89 | $ 89 | $ 89 | $ 89 | $ 89 | $ 1,068 | 0.03 |
| GENERAL MAINTENANCE | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 | $ 3,000 | 0.08 |
| PARKING LOT REPAIRS | $ 100 | $ 100 | $ 100 | $ 100 | $ 100 | $ 100 | $ 100 | $ 100 | $ 100 | $ 100 | $ 100 | $ 100 | $ 1,200 | 0.03 |
| PARKING LOT STEAM CLEANING | $ 533 | $ 533 | $ 533 | $ 533 | $ 533 | $ 533 | $ 533 | $ 533 | $ 533 | $ 533 | $ 533 | $ 533 | $ 6,390 | 0.16 |
| AWNINGS/WINDOWS | $ 100 | $ 100 | $ 100 | $ 100 | $ 100 | $ 100 | $ 100 | $ 100 | $ 100 | $ 100 | $ 100 | $ 100 | $ 1,200 | 0.03 |
| LIGHT BULBS & FIXTURES | $ 50 | $ 50 | $ 50 | $ 50 | $ 50 | $ 50 | $ 50 | $ 50 | $ 50 | $ 50 | $ 50 | $ 50 | $ 600 | 0.02 |
| FIRE/LIFE SAFETY | $ 560 | $ 220 | $ 220 | $ 560 | $ 220 | $ 220 | $ 560 | $ 220 | $ 220 | $ 560 | $ 220 | $ 220 | $ 4,000 | 0.10 |
| TOTAL | $ 9,569 | $ 5,197 | $ 5,197 | $ 9,569 | $ 5,197 | $ 5,897 | $ 10,269 | $ 5,897 | $ 5,897 | $ 9,569 | $ 5,197 | $ 5,197 | $ 82,651 | 2.08 |

PROPERTY TAX & INSURANCE EXPENSE

| | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | TOTAL | PER SF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PROPERTY TAXES | $ 11,697 | $ - | $ - | $ 11,697 | $ - | $ - | $ - | $ 11,697 | $ - | $ 11,697 | $ - | $ - | $ 46,789 | 1.32 |
| LIABILITY INSURANCE | $ 2,486 | $ 943 | $ 943 | $ 943 | $ 943 | $ 943 | $ 943 | $ 943 | $ 943 | $ 943 | $ 943 | $ 943 | $ 10,976 | 0.28 |
| TOTAL | $ 14,184 | $ 943 | $ 943 | $ 12,641 | $ 943 | $ 943 | $ 943 | $ 12,640 | $ 943 | $ 12,640 | $ 943 | $ 943 | $ 57,765 | 1.63 |

TENANT REIMBURSABLE EXPENSES

| | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | TOTAL | PER SF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SEWER | $ 2,309 | $ - | $ - | $ 2,309 | $ - | $ - | $ 2,759 | $ - | $ - | $ 2,309 | $ - | $ - | $ 9,687 | 0.27 |
| WATER | $ 800 | $ 800 | $ 800 | $ 800 | $ 800 | $ 800 | $ 1,200 | $ 1,200 | $ 1,200 | $ 800 | $ 800 | $ 800 | $ 11,200 | 0.28 |
| GREASE TRAP EXPENSES | $ - | $ 250 | $ - | $ - | $ 250 | $ - | $ - | $ 250 | $ - | $ - | $ 250 | $ - | $ 1,000 | 0.29 |
| ROOF REPAIRS | $ 100 | $ 100 | $ 100 | $ 100 | $ 100 | $ 100 | $ 100 | $ 100 | $ 100 | $ 100 | $ 100 | $ 100 | $ 1,200 | 0.03 |
| TOTAL | $ 3,209 | $ 1,150 | $ 900 | $ 3,209 | $ 1,150 | $ 1,300 | $ 4,059 | $ 1,550 | $ 1,300 | $ 3,209 | $ 1,150 | $ 900 | $ 23,087 | 0.58 |

| TOTAL OPERATING EXPENSE | $ 26,962 | $ 7,290 | $ 7,040 | $ 25,418 | $ 7,290 | $ 8,140 | $ 15,271 | $ 20,087 | $ 8,140 | $ 25,418 | $ 6,347 | $ 6,097 | $ 163,503 | |

| | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | TOTAL | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NOI | $ 48,287 | $ 72,474 | $ 53,719 | $ 61,630 | $ 72,474 | $ 67,252 | $ 69,586 | $ 62,039 | $ 74,203 | $ 59,653 | $ 75,996 | $ 76,246 | $ 793,560 | |

LANDLORD EXPENSES

| | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | TOTAL | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| VACANT STE EXPENSE | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 6,000 | |
| TENANT IMPROVEMENT LEASING COMMISSION IMPOUND ACCOUNT | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 120,000 | |
| MANAGEMENT FEES | $ 2,257 | $ 2,393 | $ 2,174 | $ 2,261 | $ 2,393 | $ 2,262 | $ 2,546 | $ 2,464 | $ 2,470 | $ 2,552 | $ 2,470 | $ 2,470 | $ 28,712 | |
| LONG DISTANCE | $ 4 | $ 4 | $ 4 | $ 4 | $ 4 | $ 4 | $ 4 | $ 4 | $ 4 | $ 4 | $ 4 | $ 4 | $ 48 | |
| POSTAGE & OVERNIGHT MAIL | $ 70 | $ 70 | $ 70 | $ 70 | $ 70 | $ 70 | $ 70 | $ 70 | $ 70 | $ 70 | $ 70 | $ 70 | $ 840 | |
| OTHER - COPIES, DEP BOOKS, ETC | $ 246 | $ 246 | $ 246 | $ 246 | $ 246 | $ 246 | $ 246 | $ 246 | $ 246 | $ 246 | $ 246 | $ 246 | $ 2,954 | |

| TOTAL LANDLORD EXPENSE | $ 13,078 | $ 13,213 | $ 12,994 | $ 13,081 | $ 13,213 | $ 13,082 | $ 13,366 | $ 13,284 | $ 13,290 | $ 13,372 | $ 13,290 | $ 13,290 | $ 158,554 | |

| CASH FLOW | $ 35,210 | $ 59,261 | $ 40,726 | $ 48,549 | $ 59,261 | $ 54,170 | $ 56,220 | $ 48,755 | $ 60,912 | $ 46,281 | $ 62,706 | $ 62,956 | $ 635,006 | |
