Lenard E. Schwartzer
Nevada Bar No. 0399
Emelia L. Allen
Nevada Bar No. 11898
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com
*Proposed* Attorneys for Debtor and Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re: | Case No. BK-S-10-34253 LBR |
| --- | --- |
| CIMMARON SQUARE ROT, LLC, | Chapter 11 |
| Debtor. | **EX PARTE APPLICATION FOR ORDER SHORTENING TIME TO HEAR FIRST DAY MOTIONS** |
| | **Date: OST Requested** |
| | **Time: OST Requested** |

This Motion is made and based upon the Points and Authorities set forth herein, and the oral arguments of counsel the Court may wish to entertain at a hearing on the Motion, if any. CIMMARON SQUARE ROT, LLC, the debtor and debtor-in-possession ("Debtor") in the above-captioned chapter 11 case, by and through undersigned proposed counsel, hereby files this Ex Parte Application For An Order Shortening Time To Hear First Day Motions and in support thereof states as follows:

1. The Debtor is the co-owner of an existing shopping center situated in an upscale neighborhood retail center within the master planned community of Mountains Edge and in the Southwest portion of the valley (the "Shopping Center"). The Debtor and each of its two co-owners have filed Chapter 11 cases in this Court. The Shopping Center is located at the southwest corner of the intersection of Blue Diamond Road and Cimarron Road on a site of 2.74 acres, zoned for Commercial Neighborhood Shopping. There are 4 separate buildings constructed in 2008 having Net Leaseable space of 35,068 sq.ft. 25,412 sq.ft. (approximately 72%) are currently

leased.

2. The following first day motions and applications have been filed (collectively, the "First Day Motions"):

| Motion/Application | Relief Requested |
|---|---|
| Emergency Motion for an Order Authorizing the Use of Cash Collateral on an Interim and Continuing Basis | In this Cash Collateral Motion, the Debtor respectfully requests that this Court enter an order authorizing the use of Cash Collateral on an interim basis and on continuing basis. The Debtor seeks leave to utilize the Rents generated by its shopping center (the "Rents") to maintain the Shopping Center, payment of management services and expenses, for payment of common area maintenance expenses, property taxes, liability insurance premiums, landlord expenses incurred by the shopping center, and for no other purposes. The balance of the Rents collected will be deposited in the debtor in possession account and <u>not</u> used for other purposes. |
| Motion for Substantive Consolidation | In this Consolidation Motion, Cimmaron Square ROT, LLC, Cimmaron Square KG, LLC, and Alma GW AZ, LLC (collectively, the "Debtors") seek authority to substantively consolidate their Chapter 11 cases because the three Debtors are tenants in common in the ownership of the Shopping Center. The Debtors seek substantive consolidation of their cases to promote the efficient administration of each of these three cases. Debtors further request authorization to utilize one joint debtor-in-possession bank account. |
| Application by Debtor and Debtor-in-Possession for Authorization to Retain and Employ Schwartzer & McPherson Law Firm as Counsel Under General Retainer, Nunc Pro Tunc | In this Employment Application, Debtor prays for an Order of this Court authorizing it to retain and employ Lenard E. Schwartzer and the Schwartzer & McPherson Law Firm as its counsel under a general retainer, nunc pro tunc to December 31, 2010 with the payment of fees subject to continuing review and approval of this Court, and that it have such other and further relief as is just. |

3. Notice can be shortened pursuant to Bankruptcy Rule 9006(c)(1) and LR 9006(a).

4. Debtor requests that the aforementioned First Day Motions be heard on shortened time to prevent the disruption of the Debtor's daily operation of its business. It would be extremely detrimental to the Shopping Center if the relief requested in the First Day Motions was not granted in a timely fashion, and are therefore requesting that the Court issue an order

shortening time to hear the First Day Motions at the Court's earliest time available.

Dated this 3rd day of January, 2011.

/s/ Lenard E. Schwartzer

Lenard E. Schwartzer, Esq.
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Proposed Attorneys for Debtor and
Debtor in Possession